IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00221-WYD-MJW

GRAHAM HICKEY,

    Plaintiff,

v.

APOLLO CREDIT AGENCY, INC., a Colorado Corporation,
ANDERSON & KEIL, a Colorado General Partnership,
JAMES G. ANDERSON,
BECKY KEIL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation to Dismiss Case With Prejudice filed August 27, 2014.  Having carefully reviewed the Stipulation and the file, it is

ORDERED that the Stipulation to Dismiss Case With Prejudice (ECF No. 18) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own respective costs and attorney fees.

    Dated:  August 27, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge